IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT D. HOLLIS,

        Plaintiff,                    No. CIV S-08-1825 GGH P

    vs.

E. TELL,

        Defendant.                 ORDER

_____/

        On August 6, 2008, defendant removed this action from state court. On August 18, 2006, plaintiff filed a request for extension of time to file an opposition to the removal. The court construes this pleading as a request for extension of time to file a motion to remand this matter back to state court pursuant to 28 U.S.C. § 1447(c).

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's August 18, 2008 request for an extension of time (Docket #4) is granted; and

/////

/////

/////

/////

1        2. Plaintiff is granted thirty days from the date of this order in which to file a
2 motion to remand this matter back to state court. If plaintiff does not file his motion within that
3 time, the court will screen the complaint.

4 DATED: 09/15/08            /s/ Gregory G. Hollows

5 holl1825.36            GREGORY G. HOLLOWS
                             UNITED STATES MAGISTRATE JUDGE