IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| ROBERT D. HOLLIS, | ) | No. 2:08-CV-01825 ODW |
| Plaintiff, | ) | |
| vs. | ) | **ORDER OF DISMISSAL** |
| | ) | |
| E. TELL, | ) | |
| Defendant. | ) | |
| _____ | ) | |

On August 6, 2008 Defendant, the only served defendant, removed this action from the Sacramento County Superior Court. Thereafter, pursuant to 28 U.S.C. §1915(b)(1) the court conducted a screening of the complaint.

Following that review, the court concluded that this suit was legally frivolous (See decision [5] at p. 3.) The Complaint was dismissed, however, Plaintiff was given leave to file an amended complaint, although the court expressed doubt that the pleading deficiencies discussed in the order could be cured. An amended complaint, if indeed plaintiff chose to do so, was to

have been filed within 30 days of the Order entered September 10, 2008. A careful review of the docket reveals there is no operative complaint on file. Plaintiff has requested and been provided with copies of the docket, all of which reflect the 2008 order requiring an amended complaint.  Indeed, Plaintiff's most recent filing requesting remand, attaches as an exhibit a copy of the docket, thus it is inescapable that Plaintiff has been on notice for some time that an amended complaint was required over two and a half years ago. Instead of filing a new pleading, Plaintiff continually requests that this matter be remanded to state court, but provides no legal rationale which would require remand.

For failure to file an amended complaint as ordered by the court, this matter is hereby DISMISSED.

DATED: May 14, 2011          _____

OTIS D. WRIGHT, II, DISTRICT JUDGE

2