IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ROBERT D. HOLLIS,<br>    Plaintiff,<br>vs.<br>E. TELL,<br>    Defendant. | No. 2:08-CV-01825 ODW<br><br>**ORDER ON REMAND MOTION** |

    Plaintiff has filed Motions for Remand, [36] and [38] requesting orders returning jurisdiction of this matter to the Superior Court of Sacramento County. The remand motions are now moot given the court's order dismissing the complaint for failure to file an amended complaint within the 30 days allowed. Indeed over two years passed without plaintiff filing an amended complaint.

///

1
2
3   The motions for remand are moot in that the case has been dismissed and the
4   matter is closed.
5
6   DATED: June 20, 2011           _____
7                                   OTIS D. WRIGHT, II, DISTRICT JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1